IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA FURNITURE MART, INC.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GUARDSMAN US LLC,<br><br>　　　　　　Defendant. | **8:21CV192**<br><br>**ORDER** |

The parties did not settle their case. As the court stated at the close of the settlement conference,

IT IS ORDERED:

1) On or before March 18, 2022, the parties shall file cross-motions for summary judgment to enforce the terms of the contract at issue.

2) Discovery is stayed unless allowed by court order. An order allowing limited discovery will be entered only upon a showing that the discovery requested is necessary for filing or responding to the summary judgment motion(s).

Dated this 28th day of January, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge